U.S. Department of Justice
United States Attorney

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
SEP 25 2012
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

DIVISION __Atlanta__
(USAO 2012R00856)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME: __Fulton__

DISTRICT COURT NO. 1:12-CR-323

MAGISTRATE CASE NO. _____

__X__ Indictment          ___ Information          ___ Magistrate's Complaint
DATE: 9/25/2012          DATE:                     DATE:

| UNITED STATES OF AMERICA vs. **EDWARD K. KIM** | SUPERSEDING<br>Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:
(as to deft)
GREATER OFFENSE CHARGED:
__X__ Felony          ___ Misdemeanor

TOTAL COUNTS:
(as to deft)

**DEFENDANT:**

IS NOT IN CUSTODY:

1. ___ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____          Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. ___ Awaiting trial on other charges __X__ Yes ___ No
   __X__ Federal    ___ State
   If Yes, show name of institution __Forsyth County Detention__
   Has detainer been filed ___ Yes          ___ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE:
JUDGE:
A.U.S.A.: __Joseph Plummer__
DEFT'S ATTY:

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: __Joseph Plummer__
Assistant United States Attorney

DATE: __September 25, 2012__