FILED IN CHAMBERS
SEP 25 2012
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

ORIGINAL

September 25, 2012
Date Submitted

## In the United States District Court
For The Northern District of Georgia

United States of America

v.

EDWARD K. KIM

Indictment/Information

CR 1:12-CR-323

September 25, 2012
Date of Indictment

## REQUEST FOR ARRAIGNMENT

**DEFENDANT IN CUSTODY**

Edward K. Kim
(Name)

Forsyth County Detention
(Institution)

9/24/12
(Date Verified)

ATTORNEY FOR DEFENDANT

_____
(Name)

_____
(Address)

( ) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

Other defendants previously arraigned (or now set for arr.)
_____

CATEGORY OF CASE      ( ) Short      ( ) Medium      ( ) Long

Assistant U.S. Attorney handling case  Joseph Plummer
(for additional defendants--use supplemental sheet)

Special Date Requested: _____

Form No. USA-40-19-35a
(08/18/83)
N.D.Ga. 08/26/94