ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
SEP 27 2012
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

UNITED STATES OF AMERICA,

Plaintiff

vs

EDWARD K. KIM,

Defendant.

CRIMINAL CASE NO.:

1:12-CR-323

ISSUED AND DELIVERED
TO U.S. MARSHAL
9/27/12
BY: _____
DEPUTY CLERK

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   Any U.S. Marshal, Warden, Forsyth County Detention and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of EDWARD K. KIM by you restrained of his liberty, as it is said, by whatsoever names detained before the **Honorable E. Clayton Scofield, III**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, at the Courtroom of said Court in the City of Atlanta, at **10:00 a.m., on Friday, October 5, 2012**, and from day to day thereafter until discharged by the Court, then and there to be arraigned/tried on the indictment/information and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 27th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

cc: AUSA, Joseph Plummer
    FDP, Duty