AGISTRATE'S CRIMINAL MINUTES

RRAIGNMENT
    PLEA AND
        SENTENCE



Filed in Open Court:  Date: 10/5/12 at _____     Tape: FTR at 10:21   TIME IN COURT: 8 mins

Court Reporter: _____

Magistrate Judge E. Clayton Scofield III      Deputy Clerk Angela Smith

Case Number: 1:12-cr-323       Defendant: Edward K. Kim

AUSA: Joe Plummer       Defendant's Attorney: Matt Dodge

USPO/PTR: _____       Type Counsel: ( ) Retained  ( ) CJA  (✓) FPD  ( ) Waived

____ ARREST DATE: WRIT
____ INTERPRETER: _____
✓ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT    Defendant in custody: Yes  ( ) other  No
✓ Defendant advised of right to counsel. ____ WAIVER of counsel filed.
✓ Court explored deft's ability to retain counsel and qualifications for court appointed counsel.
✓ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY
____ ORDER appointing _____ as counsel for defendant to follow.
____ ORDER giving defendant _____ to employ counsel  ( ) cc by courtroom deputy
____ Dft to pay attorney fees as follows: _____
____ INFORMATION/COMPLAINT filed.    _____ WAIVER of INDICTMENT filed.
✓ Copy indictment/information given to dft? (✓) Yes  ( ) No    Read to dft? ( ) Yes  (✓) No.
____ CONSENT TO PLEA BEFORE MAGISTRATE JUDGE filed.
✓ ARRAIGNMENT HELD. ( ) superseding indictment/information. ( ) Dft's WAIVER of appearance filed by counsel.
____ ARRAIGNMENT continued until _____ at request of ( ) Govt. ( ) Deft.
____ Dft fails to appear for arraignment. BENCH WARRANT ISSUED _____
✓ Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute, NOT GUILTY plea entered. ( ) Waiver of appearance form.
____ MOTION TO CHANGE PLEA, and order allowing same.
____ PLEA OF GUILTY/NOLO as to counts _____
____ Petition to enter plea of GUILTY/NOLO filed.
____ NEGOTIATED PLEA between Government and defendant filed.
✓ ASSIGNED TO JUDGE     Duffey     for: (✓) trial ( ) arraignment/sentence.
✓ ASSIGNED TO MAGISTRATE     Scofield     for pretrial proceedings.
✓ Estimated trial time: ____ days (✓) SHORT  ( ) MEDIUM  ( ) LONG
____ PRE-SENTENCE INVESTIGATION ___ Requested ___ Waived ___ Referred to USPO for PSI and
    continued until _____ at _____ for sentencing.

____ See Page 2.