U.S. Department of Justice
United States Attorney
Northern District of Georgia

# P L E A (With Counsel)

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 0 5 2012

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 1:12-CR-323

I, EDWARD KIM, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to count(s) One through Seven thereof.

In Open Court this 5th day of October, 2012.

_____
SIGNATURE (Attorney for Defendant)

_____
SIGNATURE (Defendant)
EDWARD KIM

INFORMATION BELOW MUST BE TYPED OR PRINTED

W. MATTHEW DODGE
NAME (Attorney for Defendant)

EDWARD KIM
NAME (Defendant)

_____
STREET

_____
STREET

_____
CITY & STATE    ZIP CODE

_____
CITY & STATE    ZIP CODE

PHONE NUMBER _____

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER 224371

Filed in Open Court

_____

By _____

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93