IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | |
| | : | 1:12-CR-323-WSD-ECS |
| EDWARD K. KIM | : | |

<u>ORDER</u>

Upon motion by the Defendant, EDWARD K. KIM, and for good cause shown, the Defendant's motion for continuance of the motions deadline is hereby GRANTED.  The Defendant's motions shall now be due on _____, 2012.  The pretrial conference shall be held on _____, 2012.

IT IS ORDERED THAT the Clerk's office shall exclude the time until the pretrial conference from Speedy Trial calculations.  The delay between now and the rescheduled pretrial conference must be excluded from Speedy Trial Act calculations because the Court finds the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendants' rights to a speedy trial.  18 U.S.C. § 3161, *et seq.*

SO ORDERED this _____ day of _____, 2012.

_____
HON. E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

Presented By:

W. Matthew Dodge
Attorney for Edward Kim