```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION


UNITED STATES OF AMERICA      : CRIMINAL ACTION
                              :
          v.                  : NO. 1:12-CR-323-WSD-ECS
                              :
EDWARD K. KIM                 :
```

### ORDER CERTIFYING READY FOR TRIAL

The Court has been notified that a pretrial conference will not be necessary in this matter.

It appearing that there are no further pretrial or discovery matters to bring before the undersigned as to this defendant, it is therefore **ORDERED** that this case be and is hereby **CERTIFIED** as ready for trial.

**SO ORDERED,** this 31st day of October, 2012.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE