```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 1:12-CR-323-WSD-ECS |
| | : | |
| EDWARD K. KIM, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

Assistant U.S. Attorney Dahil D. Goss hereby files this Notice of Appearance and respectfully requests that she be added as an additional counsel of record for the United States of America for asset forfeiture issues.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ Dahil D. Goss
DAHIL D. GOSS
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 302905
600 U.S. COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303
(404)581-6245 – PHONE
(404)581-6234 – FAX
Dahil.Goss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have prepared the foregoing Notice of Entry of Appearance in compliance with Local Rule 5.1, NDGa., using Courier New 12-point type and have this day electronically filed the document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This 20th day of November, 2012.

/s/ Dahil D. Goss
DAHIL D. GOSS
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 302905