# FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CENTENNIAL TOWER, SUITE 1500
101 MARIETTA STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

February 20, 2013

*Via ECF*

Courtroom Deputies
United States District Court
   for the Northern District of Georgia
75 Spring Street, S.W.
Atlanta, Georgia 30303

Re:    Leave of Absence

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to Local Criminal Rule 57.1E(4), as lead counsel in the attached matters, that I will be out of the office beginning March 29, 2013 through and including April 8, 2013. It is respectfully requested that the Court not schedule any court appearances in the cases during that time.

    Thank you for your consideration in this matter.

    Sincerely,

    */s/ W. Matthew Dodge*
    W. Matthew Dodge
    Staff Attorney

WMD:jm
Attachment

cc:    AUSAs (*Via ECF*)

## CASE LIST OF W. MATTHEW DODGE

| | |
|---|---|
| <u>United States v. Jose Barragan-Miranda</u> | Case No. 1:13-CR-016-TWT-GGB |
| <u>United States v. Jesus Bocanegra</u> | Case No. 1:13-CR-039-WBH-JSA |
| <u>United States v. Emma Lomeli</u> | Case No. 1:12-CR-224-ODE-GGB-8 |
| <u>United States v. Paul Bernard Parker</u> | Case No. 1:12-CR-166-RWS-AJB |
| <u>United States v. Dequavious Johnson</u> | Case No. 1:12-CR-257-AT-AJB |
| <u>United States v. Edward Kim</u> | Case No. 1:12-CR-323-WSD-ECS |
| <u>United States v. Jonathan Middlebrooks</u> | Case No. 1:13-CR-010-SCJ-RGV-1 |
| <u>United States v. David Salas</u> | Case No. 1:12-CR-206-TCB-ECS-3 |
| <u>United States v. Anthony Walker</u> | Case No. 1:12-CR-325-RWS-JSA |