# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cr-00323-WSD-ECS
## USA v. Kim
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 02/20/2013.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 11:01 A.M.
TIME IN COURT: 1:21
OFFICE LOCATION: Atlanta

COURT REPORTER: Nick Marrone
USPO: Alex Moody
DEPUTY CLERK: Jessica Birnbaum

| | |
|---|---|
| DEFENDANT(S): | [1]Edward K. Kim Present at proceedings |
| ATTORNEY(S) PRESENT: | Whitman Dodge representing Edward K. Kim<br>Joseph Plummer representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held. The Court imposed its sentence on Counts 1, 3, 5, and 6 and informed Dft of his appeal rights. Judgment and Commitment order to follow. Dft remanded to CUSM. |
| HEARING STATUS: | Hearing Concluded |