IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | |
| | : | 1:12-CR-323-WSD-ECS |
| EDWARD K. KIM | : | |

CONFIRMATION OF DEFENDANT'S ELECTION NOT TO APPEAL

Defendant, EDWARD K. KIM, by and through undersigned counsel, hereby notifies this Court that he will not appeal the criminal sentence imposed by this Court on February 20, 2013.

Dated: This the 25th day of February, 2013.

Respectfully submitted,

/s/ W. Matthew Dodge
W. Matthew Dodge
Attorney for Mr. Kim
Georgia State Bar No. 224371

Federal Defender Program, Inc.
101 Marietta Street, N.W., Suite 1500
Atlanta, Georgia 30303
(404) 688-7530   Fax (404) 688-0768
Matthew_Dodge@FD.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion was formatted in Book Antiqua 13 pt., in accordance with Local Rule 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Joseph Plummer, Assistant United States Attorney, 600 Richard B. Russell Building, 75 Spring Street, S.W., Atlanta, Georgia, 30303.

Dated: This the 25th day of February, 2013.

<u>/s/ *W. Matthew Dodge*</u>
W. Matthew Dodge