IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 1:12-CR-323-WSD-ECS |
| EDWARD K. KIM, : | |
| : | |
| Defendant. : | |

**<u>FINAL ORDER AND JUDGMENT OF FORFEITURE</u>**

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Edward K. Kim. The Court entered the Consent Preliminary Order of Forfeiture on January 3, 2013 [Doc. 18], forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

a. .38 caliber Smith & Wesson revolver, serial no. D328969;

b. Assorted ammunition.

The United States published notice of the forfeiture action on the official Government Internet site www.forfeiture.gov for at least 30 consecutive days. The United States also sent a notice to Samuel Conder, and he filed a third-party petition to the firearm and ammunition. The United States recognized Mr.

Conder's interest in the firearm and ammunition and consented to the release of the assets at the conclusion of the ancillary proceeding.

This Court having found that the interest of Samuel Conder to the firearm and ammunition is superior to the Government's interest in said property, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Consent Preliminary Order of Forfeiture is amended as follows: the firearm identified as one .38 caliber Smith & Wesson revolver, serial no. D328969, and the assorted ammunition shall be released to Samuel Conder.

2. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this _____ day of _____, 2013.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Dahil D. Goss
DAHIL D. GOSS
ASSISTANT U.S. ATTORNEY