CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF GERGIA
75 Ted Turner Dr. S.W. Room 2211
Atlanta, Georgia 30303

June 20, 2016

Re: Edward K. Kim v. U.S., #1:12-CR-323-WSD

Dear Clerk:

Please find enclosed for filing in the above entitled matter an original of the following: Petitioner's Motion for leave to file an out-of-time and/or late objections to the Magistrate Judge's Report and Recommendation, along with proof of service upon the U.S. Attorney's Office.

In addition, please take notice that my address has been changed and that my new address is: U.S.P. Pollack, P.O. Box 2099, Pollack, Louisiana 71467

Finally, please send me an updated docket for this action with respect to my 2255 Motion so that I can see what the status is.

Thank you very much for your assistance in this very important matter.

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 27 2016
JAMES N. HATTEN, Clerk
By: [signature]

Sincerely yours,

Edward K. Kim
Edward K. Kim
Reg. #64144-019
U.S.P. Pollack
P.O. Box 2099
Pollack, Louisiana 71467