# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EDWARD K. KIM, <br><br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 1:16-cv-01173-WSD <br><br> 1:12-cr-00323-WSD |

## ORDER

This matter is before the Court on Movant Edward K. Kim's Motion to File Out-of-Time And/Or Late Objections to the Honorable Magistrate Judge's Report and Recommendation (the "Motion") [35].  The Court **GRANTS** the Motion and **ORDERS** that Objections to Magistrate Judge Catherine M. Salinas' Final Report and Recommendation [32] must be filed on or before July 13, 2016.  No further extensions will be granted.

**SO ORDERED** this 30th day of June, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE