UNITED STATES OF AMERICA
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDWARD K. KIM,<br><br>            Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | CRIMINAL NO.<br>1:12-cr-323-01-WSD<br><br><br><br>CIVIL ACTION FILE NO.<br>1:16-cv-1173-WSD |

## **JUDGMENT**

The Court having DISMISSED the motion filed pursuant to Title 28, United States Code, Section 2255,

Judgment is hereby entered in favor of the Respondent and against the Movant. It is further ordered that a Certificate of Appealability is denied.

Dated at Atlanta, Georgia this 29th day of September, 2016.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ Denise D.M. McGoldrick
       Deputy Clerk

Filed:  September 29, 2016
Entered:
In the Clerk's Office

James N. Hatten
Clerk of Court

By:s/ Denise D.M. McGoldrick
       Deputy Clerk